No. 83–1823.  STRAKE v. SEAMON ET AL.  Affirmed on appeal from D. C. E. D. Tex.

No. 83–1611.  WALTON v. ALASKA BAR ASSN.  Appeal from Sup. Ct. Alaska dismissed for want of substantial federal question.

No. 83–1814.  VOLKSWAGEN OF AMERICA, INC. v. SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (NOSSE ET AL., REAL PARTIES IN INTEREST).  Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of substantial federal question.

No. 83–1979.  PERRUCCIO v. CONNECTICUT.  Appeal from Sup. Ct. Conn. dismissed for want of substantial federal question.

No. 83–2029.  SAFE WATER FOUNDATION OF TEXAS ET AL. v. CITY OF HOUSTON.  Appeal from Ct. App. Tex., 1st Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 83–2168.  GALBREATH v. SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, ET AL.  Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 83–6510.  L. C. v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES.  Appeal from Dist. Ct. App. Fla., 2d Dist., dismissed for want of substantial federal question.

No. 84–40.  TALIKKA, GUARDIAN OF THE ESTATE OF BALDAUF v. OHIO DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, SECTION OF REIMBURSEMENT SERVICES, ET AL. Appeal from Ct. App. Ohio, Lake County, dismissed for want of

801